**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Osameh Odeh, et al., | ) | No. CIV 06-2347 -PHX-SMM |
| Plaintiffs, | ) | **ORDER** |
| v. | ) | |
| Alberto Gonzales, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' Amended Stipulated Motion for Extension of Time for Defendants to Answer or Otherwise Respond to Complaint. [Doc. No. 12] Good cause appearing,

**IT IS ORDERED** the parties' Amended Stipulated Motion for Extension of Time for Defendants to Answer or Otherwise Respond to Complaint [Doc. No. 12] is **GRANTED**. Defendants shall have through **January 8, 2007** to file their Answer or Response to Plaintiff's Complaint.

DATED this 7th day of December, 2006.

Stephen M. McNamee
United States District Judge