**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Osameh Odeh, et al., | ) | No. CIV 06-2347 -PHX-SMM |
| Plaintiffs, | ) ) | **ORDER** |
| v. | ) ) | |
| Alberto Gonzales, et al., | ) ) ) | |
| Defendants. | ) ) | |
| | ) | |

Pending before the Court is the parties' Joint Status Report and Motion to Extend Remand to Agency to Adjudicate Naturalization Application. [Doc. No. 20] Good cause appearing,

**IT IS ORDERED** the parties' Motion to Extend Remand to Agency to Adjudicate Naturalization Application [Doc. No. 20] is **GRANTED**.

**IT IS FURTHER ORDERED** that the stay of this matter and the remand to the United States Citizenship and Immigration Service (CIS) will continue for an additional sixty days to allow Defendants to obtain additional information from Plaintiff, including an additional interview, and to complete the adjudication of Plaintiff's naturalization application.

DATED this 23rd day of July, 2007.

Stephen M. McNamee
United States District Judge